In re: Chad Poeppey and            Chapter 13
      Pamela Poeppey,                 Case No. 15-32541-GMH
          Debtors.

## AFFIDAVIT OF SERVICE

STATE OF WISCONSIN    )
                              ) ss.
MILWAUKEE COUNTY    )

      The undersigned, being first duly sworn on oath, states that she is employed by KINGSTAD LAW FIRM, LLC, as a Paralegal, and that on September 7, 2017, she served a copy of a Notice and Request to Modify Chapter 13 Plan, on the following:

| | |
|---|---|
| U.S. Trustee | Attorney Rebecca R. Garcia |
| U.S. Courthouse | Chapter 13 Trustee |
| (CM/ECF) | (CM/ECF) |

All Creditors Listed on Exhibit A
(First Class Mail)

      Dated this 7th day of September, 2017.

                                                                                                                                                                             /s/_____
                                                                                           Mary C. Scharmach

Subscribed and sworn to before
me this 7th day of September, 2017.

/s/_____
David G. Kingstad
Notary Public, State of Wisconsin
My commission is permanent.

Prepared by:
Attorney David G. Kingstad
Kingstad Law Firm, LLC
8081 West Layton Avenue, Suite C
Greenfield, WI 53220
(414) 281-5500
FAX (414) 281-5444
e-mail: dkingstad@kingstadlaw.com