Label Matrix for local noticing
0757-2
Case 15-32541-gmh
Eastern District of Wisconsin
Milwaukee
Thu Sep  7 08:41:56 CDT 2017

Exeter Finance Corp. Department
P.O. Box 201347
Arlington, TX 76006-1347

PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA 23541-1067

THE BANK OF NEW YORK MELLON
14841 Dallas Parkway, Suite 300
Dallas, TX 75254-7883

The Bank of New York Mellon Trust Company, N
c/o Cummisford Acevedo & Associates
7071 S. 13th St.
Ste. 100
Oak Creek, WI 53154-1466

Wilmington Trust, National Association, as S
c/o Cummisford Acevedo & Associates, LLC
7071 S. 13th St.
Suite 100
Oak Creek, WI 53154-1466

AT & T
P. O. Box 5093
Carol Stream, IL 60197-5093

American Behavioral Clinics
Central Collection Corporation
3055 N. Brookfield Road Ste 31
Brookfield WI 53045-3336

Aurora Health Care
PO Box 091700
Milwaukee, WI 53209-8700

Aurora Medical Group
PO Box 341457
Milwaukee, WI 53234-1457

Axcess Financial
7755 Montgomery Road
Suite 4
Cincinnati, OH 45236-4197

Bank of New York Mellon Trust
8742 Lucent Blvd. Ste #300
Littleton, CO 80129-2386

Bell Ambulance
2204 Silvernail Rd
Pewaukee, WI 53072-5529

Central Collection Corporation
3055 N. Brookfield Rd
Suite 31
Brookfield, WI 53045-3336

Check N Go
10712 W. Oklahoma Avenue
Milwaukee, WI 53227-4144

Check N Go
C/O Real Time Resolutions, Inc.
PO Box 566027
Dallas, TX 75356-6027

City of Milwaukee
841 N. Broadway, Room 406
Milwaukee, WI 53202-3613

Cornerstone Counseling
16535 W. Bluemound Rd.
Brookfield, WI 53005-5906

Credit Collection Services
P.O. Box 773
Needham Heights, MA 02494-0918

Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459-3246

Credit Ventures, LLC
P.O. Box 1645
Wausau, WI 54402-1645

Curtis Ambulance
P.O. Box 2007
Milwaukee, WI 53201-2007

Eagle Collection
749 W. Wisconsin Ave.
Pewaukee, WI 53072-2315

Emergency Medical Specialists
10625 West North Ave., 102
Wauwatosa, WI 53226-2315

Emergency Medicine Specialists
P.O. Box 26428
Milwaukee, WI 53226-0428

Exeter
P.O. Box 166097
Irving, TX 75016-6097

Exeter Finance Corp.
P. O. Box 166097
Irving, TX 75016-6097

Exeter Finance Corp.
P.O. Box 167399
Irving, TX 75016-7399

Falls Collection Services
N144 W19225 Clinton Drive
Germantown WI  53022

Federal Loan Services
P.O. Box 60610
Harrisburg, PA 17106-0610

| | | |
|---|---|---|
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | J Peterman Legal Group Ltd.<br>165 Bishops Way, Ste 100<br>Brookfield, WI 53005-6215 | Liberty Mutual<br>175 Berkeley Street<br>Boston, MA 02116-3350 |
| MILWAUKEE WATER WORKS<br>200 E WELLS ST<br>RM 800<br>MILWAUKEE WI 53202-3515 | Midland Funding<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 | Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 |
| PNC Bank<br>P.O. Box 3180<br>Pittsburgh, PA 15230-3180 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Prime Financial Credit Union<br>5656 S. Packard Ave.<br>Cudahy, WI 53110-2658 |
| Professional Placement<br>Re: Aurora Health Care<br>P.O. Box 612<br>Milwaukee, WI 53201-0612 | Prohealth Care Med Assoc.<br>P.O. Box 649<br>Waukesha, WI 53187-0649 | Publishers Clearing House<br>P.O. Box 4002936<br>Des Moines, IA 50340-2936 |
| SRA Associates<br>401 Minnetonka Rd.<br>Hi Nella, NJ 08083-2914 | Smart Tuition<br>10 Woodbridge Center Dr.<br>Suite 200<br>Woodbridge, NJ 07095-1186 | Specialized Loan Servicing<br>P.O. Box 636005<br>Littleton, CO 80163-6005 |
| State Collection Service<br>PO Box 6250<br>Madison, WI 53716-0250 | THE BNK OF NY MELLON TRUST CO. NA,TRUSTEE(Se<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd Suite 300<br>Highlands Ranch, CO 80129-2386 | Tadych Law Office, SC<br>5232 W. Oklahoma Avenue, Suite 200<br>Milwaukee, WI 53219-4599 |
| Trillium Care Group, LLC<br>P.O. Box 180680<br>Delafield, WI 53018-0680 | U S Department of Education<br>P O Box 16448<br>St. Paul, MN 55116-0448 | US Department of Education<br>Direct Loan Servicing Center<br>P.O. Box 5609<br>Greenville, TX 75403-5609 |
| WE Energies<br>Attn Bankruptcy Dept RM A130<br>333 W Everett St<br>Milwaukee, WI 53203-2803 | Wauwatosa Dental Group<br>2600 North Mayfair Rd, #750<br>Milwaukee, WI 53226-1364 | Wheaton Franciscan Healthcare<br>P.o. Box 5995<br>Peoria, IL 61601-5995 |
| Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | cornerstone counseling services<br>colleciton associates<br>po box 465<br>brookfield, WI 53008-0465 | Chad D Poeppey<br>5190 W. Jerelyn Place<br>Milwaukee, WI 53219-3253 |
| David G. Kingstad<br>Kingstad Law Firm, LLC<br>8081 West Layton Avenue<br>Suite C<br>Greenfield, WI 53220-3712 | Pamela J Poeppey<br>5190 W. Jerelyn Place<br>Milwaukee, WI 53219-3253 | Rebecca R. Garcia<br>Chapter 13 Trustee<br>PO Box 3170<br>Oshkosh, WI 54903-3170 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Eagle Collection                    End of Label Matrix
749 W. Wisconsin Avenue                Mailable recipients   59
Pewaukee, WI 53072-2315                Bypassed recipients    1
                                       Total                 60
```